155 So.2d 602

**William S. COFFIN, Jr.**

v.

**STATE.**

**3 Div. 43.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D.

Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of William S. Coffin, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Coffin v. State, 155 So.2d 602.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.